

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00694-CV

Jayme Bobette **ESTES**,
Appellant / Cross-Appellee

v.

Terry **LEIFESTE,** Individually and as Trustee of the Leifeste 2001 Descendants Trust,
Appellee / Cross-Appellant

From the 452nd District Court, Mason County, Texas
Trial Court No. 215999
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by December 8, 2022. Neither the brief nor a motion for extension of time have been filed. On December 19, 2022, this court ordered appellant to show cause in writing no later than December 29, 2022, why this appeal should not be dismissed for want of prosecution and why appellee is not significantly injured by appellant's failure to timely file a brief. TEX. R. APP. P. 38.8(a)(1).

On December 20, 2022, appellant filed an unopposed motion requesting an extension of time until January 7, 2023. The motion is GRANTED, and appellant is ORDERED to file her brief **no later than January 9, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court